Weaver, J.
(concurring and dissenting). I concur only with placing on the January 17, 2007 public administrative hearing the adoption of Administrative Order No. 2006-08 (AO 2006-08), adopted by a 4-3 vote on December 6,2006, by Chief Justice Taylor and Justices Corrigan, Young, and Markman. I dissent from the remaining language in the order.
As stated in my dissent to AO 2006-08 (filed yesterday, December 19, 2006), AO 2006-08 must be placed on the January 17, 2007, public administrative hearing because it significantly affects the administration of justice as it can be used to order the censorship and/or suppression of any justice’s dissents or concurrences, as the majority of four, Chief Justice Taylor and Justices Corrigan, Young, and Markman, did on December 6, 2006, by ordering the Clerk of the Court to suppress my December 5, 2006, dissent from Grievance Administrator v Fieger, Docket No. 127547 (motion for stay).
Censoring and/or suppressing a justice’s written opinion is contrary to article 6, § 6 of the Michigan Constitution and the right to free expression as guaranteed by both the Michigan Constitution and the United States Constitution. Further, censoring and/or suppressing a justice’s written opinion interferes with a justice’s duty to inform the public of abuse of power and/or serious mishandling of the people’s judicial business.
The issue that should be of most interest and given most attention at the January 17, 2007, public administrative hearing is the constitutionality of AO 2006-08.
APPENDIX F
Footnote omitted from page six:
I will re-circulate my draft dissent to the denial of the motion to stay to clarify that the person with whom I spoke was both staff of the *1271 Governor’s Task Force on Juvenile Justice, a federally mandated and federally funded task force on child abuse and neglect, and an employee of the state’s central FIA office in Lansing.
Justice Kelly, joins the statement of Justice Cavanagh, and will be submitting her own dissent.